# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTOR TAGLE,

Appellant,

vs.

U. STORE; DAVID HARMONSON; AND DONNA TENNY,

Respondents.

No. 69517

**FILED**

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that a minute order is ineffective for any purpose and cannot be appealed). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of our order, appellant's motion filed on January 13, 2016, is denied as moot.

16-02986

cc:   Hon. James Crockett, District Judge
Victor Tagle
Eighth District Court Clerk